IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF:                                                                 CASE NO.: 14-60186
TERRY LYNN SMITH
DEBTOR                                                                            CHAPTER 13

### MOTION TO CONTINUE HEARING

NOW COMES, SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL

NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") CREDITOR C/O SETERUS, INC., for itself and its

successors or assigns or as servicer, herein referred to as Secured Creditor, by counsel, and moves the Court for a

continuance of the hearing currently scheduled for October 29, 2015 at 1:30 p.m.. on CONFIRMATION OF THE

CHAPTER 13 PLAN, with the request that this case be heard on the _____ day of _____, 2015 in Huntington,

West Virginia.

Respectfully submitted,

Timothy J. Amos
Counsel for Movant
WV State Bar #7683
P. O. Box 81
Parkersburg, WV 26102