**Fill in this information to identify the case:**

Debtor 1 __TERRY LYNN SMITH__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of West Virginia

Case number __14-60186__

Official Form 410S1

# Notice of Mortgage Payment Change           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:   5  3  9  7

**Date of payment change:**
Must be at least 21 days after date of this notice     02/01/2017

**New total payment:**   $ 755.26
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 24.50       New escrow payment: $ 227.85

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Debtor 1  **TERRY LYNN SMITH**
         First Name  Middle Name  Last Name

Case number (if known) **14-60186**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _____
Signature

Date **12/21/2016**

Print: **Timothy J. Amos**
       First Name  Middle Name  Last Name

Title **Counsel for Seterus, Inc.**

Company **Golden & Amos, PLLC**

Address **543 Fifth Street**
        Number    Street

**Parkersburg**           **WV**    **26101**
City                      State    ZIP Code

Contact phone **304-485-3851**

Email **dcramlet@goldenamos.com**

**Seterus**

PO Box 1077
Hartford, CT 06143-1077

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone 866.570.5277

*redacted*  L913

TERRY L SMITH
C/O SCOTT G. STAPLETON
400 5TH AVE
HUNTINGTON WV 25701-1906

### ESCROW ACCOUNT STATEMENT

Analysis Date: 12/15/16
Loan Number: [redacted]5397

| Current Payment | | New Payment Effective 02/01/17 | |
|---|---|---|---|
| Principal and Interest | $527.41 | Principal and Interest* | $527.41 |
| Escrow | $24.50 | Escrow | $144.45 |
| | | Escrow Shortage or Deficiency | $83.40 |
| Total Current Payment | $551.91 | Total NEW Payment* | $755.26 |

* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on December 9, 2014. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

**ANTICIPATED DISBURSEMENTS**
February 2017 to January 2018

| | |
|---|---|
| COUNTY | $545.42 |
| HAZARD INS | $1,188.00 |
| **Total Disbursements** | **$1,733.42** |

Bankruptcy File Date: December 9, 2014

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date: $39.59

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $3,159.65- |
| Post Petition Beg Bal* | | | | $3,120.06- |
| 02/01/2017 | 144.45 | 0.00 | | 2,975.61- |
| 03/01/2017 | 144.45 | 0.00 | | 2,831.16- |
| 04/01/2017 | 144.45 | 0.00 | | 2,686.71- |
| 05/01/2017 | 144.45 | 0.00 | | 2,542.26- |
| 06/01/2017 | 144.45 | 225.68- | COUNTY | 2,623.49- |
| 06/01/2017 | 0.00 | 47.03- | COUNTY | 2,670.52- |
| 07/01/2017 | 144.45 | 1,188.00- | HAZARD INS | 3,714.07- |
| 08/01/2017 | 144.45 | 0.00 | | 3,569.62- |
| 09/01/2017 | 144.45 | 0.00 | | 3,425.17- |
| 10/01/2017 | 144.45 | 0.00 | | 3,280.72- |
| 11/01/2017 | 144.45 | 0.00 | | 3,136.27- |
| 12/01/2017 | 144.45 | 225.68- | COUNTY | 3,217.50- |
| 12/01/2017 | 0.00 | 47.03- | COUNTY | 3,264.53- |
| 01/01/2018 | 144.45 | 0.00 | | 3,120.08- |
| **Total** | **$1,733.40** | **$1,733.42-** | | |

The escrow account has a pre-petition and post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment. The projected beginning balance of your escrow account is $3,120.06-. Your required beginning balance according to this analysis should be $882.91. This means you have a post-petition shortage and/or deficiency of $4,002.97. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 48 installments and included this amount in your escrow payment.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $288.90.

***Continued on Reverse***
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from December 2015 to January 2017. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

### ACTUAL ESCROW ACCOUNT HISTORY

| Date | Payments to Escrow Projected | Payments to Escrow Actual | Payments from Escrow Projected | Payments from Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $850.92 | $5,688.54- |
| 12/01/15 | 141.81 | 24.50* | 225.01- | 0.00* | COUNTY | 767.72 | 5,664.04- |
| 12/01/15 | 0.00 | 0.00 | 46.88- | 0.00* | COUNTY | 720.84 | 5,664.04- |
| 01/01/16 | 141.81 | 24.50* | 0.00 | 0.00 | | 862.65 | 5,639.54- |
| 02/01/16 | 141.81 | 24.50* | 0.00 | 225.68-* | COUNTY | 1,004.46 | 5,840.72- |
| 02/01/16 | 0.00 | 0.00 | 0.00 | 47.03-* | COUNTY | 1,004.46 | 5,887.75- |
| 03/01/16 | 141.81 | 73.50* | 0.00 | 0.00 | | 1,146.27 | 5,814.25- |
| 04/01/16 | 141.81 | 73.50* | 0.00 | 0.00 | | 1,288.08 | 5,740.75- |
| 05/01/16 | 141.81 | 0.00* | 0.00 | 0.00 | | 1,429.89 | 5,740.75- |
| 06/01/16 | 141.81 | 294.00* | 225.01- | 225.68-* | COUNTY | 1,346.69 | 5,672.43- |
| 06/01/16 | 0.00 | 0.00 | 46.88- | 47.03-* | COUNTY | 1,299.81 | 5,719.46- |
| 07/01/16 | 141.81 | 0.00* | 1,158.00- | 1,188.00-* | HAZARD INS | 283.62 | 6,907.46- |
| 08/01/16 | 141.81 | 0.00* | 0.00 | 0.00 | | 425.43 | 6,907.46- |
| 09/01/16 | 141.81 | 0.00* | 0.00 | 0.00 | | 567.24 | 6,907.46- |
| 10/01/16 | 141.81 | 0.00* | 0.00 | 0.00 | | 709.05 | 6,907.46- |
| 11/01/16 | 141.81 | 0.00* | 0.00 | 0.00 | | 850.86 | 6,907.46- |
| 12/01/16 | 0.00 | 3,792.84* | 0.00 | 225.68-* | COUNTY | 850.86 | 3,340.30- |
| 12/01/16 | 0.00 | 0.00 | 0.00 | 47.03-* | COUNTY | 850.86 | 3,387.33- |
| 01/01/17 | 0.00 | 0.00* | 0.00 | 0.00 | | 850.86 | 3,387.33- |
| **Total** | **$1,701.72** | **$4,307.34** | **$1,701.78-** | **$2,006.13-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount.
\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

INTERNET REPRINT

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF:                                        CASE NO: 14-60186
TERRY LYNN SMITH
DEBTOR                                                        CHAPTER 13

**CERTIFICATE OF SERVICE**

The undersigned, Timothy J. Amos, attorney for **SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") CREDITOR C/O SETERUS, INC.,** hereby certifies that on the 3rd day of January, 2017, he served the foregoing and hereto annexed **NOTICE OF MORTGAGE PAYMENT CHANGE** by mailing, postage prepaid, true copies thereof through the United States Mail, addressed as follows:

Terry Lynn Smith
30975 Salser Rd.
Racine, OH 45771

and via electronic filing as follows:

Scott G. Stapleton
Counsel for Debtor

Helen M. Morris
Susan Cannon-Ryan
Office of the Chapter 13 Trustee

U. S. Trustee

                                                        _____
                                                        Timothy J. Amos
                                                        WVSB #7683
                                                        Post Office Box 81
                                                        Parkersburg, WV 26102
                                                        Telephone: (304)485-3851
                                                        Fax:        (304)485-0261