**Fill in this information to identify the case:**

Debtor 1      Terry Lynn Smith

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern     District of West Virginia
                                                                                                                                    (State)

Case number      14-60186

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX5397

**Date of payment change:**
Must be at least 21 days after date of this notice      05/01/2018

**New total payment:**
Principal, interest, and escrow, if any      $ 710.41

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 227.85      **New escrow payment:** $ 183.00

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %      **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   **Current mortgage payment:** $ _____      **New mortgage payment:** $ _____

Debtor 1 ____Terry Lynn Smith_____   Case number (*if known*) __14-60186_____

<h2>Part 4:   Sign Here</h2>

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/Johnie R. Muncy_____    Date  __3/15/2018__
   Signature

| | | | | |
|---|---|---|---|---|
| Print: | Johnie R. Muncy | | Title | Attorney for Creditor |
| | First Name   Middle Name   Last Name | | | |
| Company | Samuel I. White, P.C. | | | |
| Address | 1804 Staples Mill Road Suite 200 | | | |
| | Number   Street | | | |
| | Richmond, VA 23230 | | | |
| | City   State   ZIP Code | | | |
| Contact phone | (804) 290-4290 | | Email | jmuncy@siwpc.com |

CERTIFICATE OF SERVICE

I certify that on March 15, 2018, the foregoing Notice of Payment Change was served via CM/ECF on Helen M. Morris, Trustee, and Scott G. Stapleton, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Terry Lynn Smith, Debtor, 30975 Salser Rd., Racine, OH 45771.

**/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P. C.

PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday–Thursday 5 a.m. to 7 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

TERRY L SMITH
c/o SCOTT G. STAPLETON
400 5TH AVE
HUNTINGTON WV  25701-1906

### ESCROW ACCOUNT STATEMENT

| | Analysis Date: | 02/28/18 |
| | Loan Number: | ████ |

| | Current Payment | | New Payment Effective 05/01/18 | |
|---|---|---|---|---|
| Principal and Interest | | $527.41 | Principal and Interest* | $527.41 |
| Escrow | | $24.50 | Escrow | $121.44 |
| | | | Escrow Shortage or Deficiency | $61.56 |
| Total Current Payment | | $551.91 | Total NEW Payment* | $710.41 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on December 9, 2014. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

**ANTICIPATED DISBURSEMENTS**
May 2018 to April 2019

| | |
|---|---|
| COUNTY | $564.20 |
| HAZARD INS | $893.00 |
| **Total Disbursements** | **$1,457.20** |

Bankruptcy File Date       December 9, 2014

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date      $0.00

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $1,162.50- |
| Post Petition Beg Bal* | | | | $1,162.50- |
| 05/01/2018 | 121.44 | 0.00 | | 1,041.06- |
| 06/01/2018 | 121.44 | 235.15- | COUNTY | 1,154.77- |
| 06/01/2018 | 0.00 | 46.95- | COUNTY | 1,201.72- |
| 07/01/2018 | 121.44 | 893.00- | HAZARD INS | 1,973.28- |
| 08/01/2018 | 121.44 | 0.00 | | 1,851.84- |
| 09/01/2018 | 121.44 | 0.00 | | 1,730.40- |
| 10/01/2018 | 121.44 | 0.00 | | 1,608.96- |
| 11/01/2018 | 121.44 | 0.00 | | 1,487.52- |
| 12/01/2018 | 121.44 | 235.15- | COUNTY | 1,601.23- |
| 12/01/2018 | 0.00 | 46.95- | COUNTY | 1,648.18- |
| 01/01/2019 | 121.44 | 0.00 | | 1,526.74- |
| 02/01/2019 | 121.44 | 0.00 | | 1,405.30- |
| 03/01/2019 | 121.44 | 0.00 | | 1,283.86- |
| 04/01/2019 | 121.44 | 0.00 | | 1,162.42- |
| **Total** | **$1,457.28** | **$1,457.20-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $242.88, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $1,973.28-.

The escrow account has a post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The projected beginning balance of your escrow account is $1,162.50-. Your required beginning balance according to this analysis should be $1053.66. This means you have a shortage and/or deficiency of $2,216.16. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 36 installments and included this amount in your escrow payment.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $242.88.

\*\*\*Continued on Reverse\*\*\*

Represents Redacted Information

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from February 2017 to April 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

### ACTUAL ESCROW ACCOUNT HISTORY

| Date | Payments to Escrow Projected | Payments to Escrow Actual | Payments from Escrow Projected | Payments from Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $882.91 | $6,907.46- |
| 02/01/17 | 144.45 | 0.00* | 0.00 | 232.48-* | COUNTY | 1,027.36 | 7,139.94- |
| 02/01/17 | 0.00 | 0.00 | 0.00 | 46.42-* | COUNTY | 1,027.36 | 7,186.36- |
| 03/01/17 | 144.45 | 0.00* | 0.00 | 0.00 | | 1,171.81 | 7,186.36- |
| 04/01/17 | 144.45 | 0.00* | 0.00 | 0.00 | | 1,316.26 | 7,186.36- |
| 05/01/17 | 144.45 | 0.00* | 0.00 | 0.00 | | 1,460.71 | 7,186.36- |
| 06/01/17 | 144.45 | 0.00* | 225.68- | 0.00* | COUNTY | 1,379.48 | 7,186.36- |
| 06/01/17 | 0.00 | 0.00 | 47.03- | 0.00* | COUNTY | 1,332.45 | 7,186.36- |
| 06/01/17 | 0.00 | 0.00 | 0.00 | 893.00-* | HAZARD INS | 1,332.45 | 8,079.36- |
| 07/01/17 | 144.45 | 588.00* | 1,188.00- | 0.00* | HAZARD INS | 288.90 | 7,491.36- |
| 07/01/17 | 0.00 | 0.00 | 0.00 | 232.48-* | COUNTY | 288.90 | 7,723.84- |
| 07/01/17 | 0.00 | 0.00 | 0.00 | 46.42-* | COUNTY | 288.90 | 7,770.26- |
| 08/01/17 | 144.45 | 73.50* | 0.00 | 0.00 | | 433.35 | 7,696.76- |
| 09/01/17 | 144.45 | 24.50* | 0.00 | 0.00 | | 577.80 | 7,672.26- |
| 10/01/17 | 144.45 | 73.50* | 0.00 | 0.00 | | 722.25 | 7,598.76- |
| 11/01/17 | 144.45 | 49.00* | 0.00 | 0.00 | | 866.70 | 7,549.76- |
| 12/01/17 | 144.45 | 0.00* | 225.68- | 0.00* | COUNTY | 785.47 | 7,549.76- |
| 12/01/17 | 0.00 | 0.00 | 47.03- | 0.00* | COUNTY | 738.44 | 7,549.76- |
| 01/01/18 | 144.45 | 0.00* | 0.00 | 0.00 | | 882.89 | 7,549.76- |
| 02/01/18 | 0.00 | 39.59* | 0.00 | 235.15-* | COUNTY | 882.89 | 7,745.32- |
| 02/01/18 | 0.00 | 0.00 | 0.00 | 46.95-* | COUNTY | 882.89 | 7,792.27- |
| 03/01/18 | 0.00 | 0.00* | 0.00 | 0.00 | | 882.89 | 7,792.27- |
| 04/01/18 | 0.00 | 0.00* | 0.00 | 0.00 | | 882.89 | 7,792.27- |
| **Total** | **$1,733.40** | **$848.09** | **$1,733.42-** | **$1,732.90-** | | | |

* indicates a difference from a previous estimate either in the date or the amount.
** indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.